UNITED STATES of AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN

RANDALL JONES ,

    Plaintiff,  DEMAND FOR JURY TRIAL

-vs-  Case No. 10-12412
Hon. Patrick J. Duggan

DYCK-O'NEAL, INC., et al.

    Defendants.

## STIPULATION TO DISMISS ALLY FINANCIAL WITH PREJUDICE

The parties to this stipulation agree that all claims against ALLY FINANCIAL should be dismissed with prejudice and without costs, sanctions, or attorneys fees. The order of dismissal disposes of the last pending claim and closes the case.

Stipulated to by:

By:  s/ Adam G. Taub_____
    Adam G. Taub (P48703)
    ADAM G. TAUB & ASSOCIATES
    CONSUMER LAW GROUP, PLC
    Attorney for Randall Jones
    18930 West Ten Mile Rd, Ste 2500
    Southfield, MI 48075
    (248) 746-3790
    adamgtaub@clgplc.net

By:  s/Gary K August (by consent)
    Gary K August (P48730)
    Attorney for ALLY FINANCIAL
    31700 Middlebelt Road - Ste 150
    Farmington Hills, MI 48334
    2488514111
    gaugust@zkact.com

Dated: December 15, 2010

UNITED STATES of AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN

RANDALL JONES ,

    Plaintiff,                                     DEMAND FOR JURY TRIAL

-vs-                                           Case No. 10-12412
                                                  Hon. Patrick J. Duggan

DYCK-O'NEAL, INC.*, et al.*

    Defendants.

## **ORDER DISMISSING ALLY FINANCIAL WITH PREJUDICE**

Based on the stipulation of the parties, ALLY FINANCIAL is hereby dismissed with prejudice and without costs, sanctions, or attorneys fees. This order of dismissal disposes of the last pending claim and closes the case.

**SO ORDERED**.

                                               S/Patrick J. Duggan
                                             Patrick J. Duggan
                                             United States District Judge

Dated: December 15, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 15, 2010, by electronic and/or ordinary mail.

                                             S/Marilyn Orem
                                             Case Manager